## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION

**CORNELIUS ALFONSO ALSTON**                                              **PLAINTIFF**

**v.**                                                                                    **No. 2:06CV89-D-D**

**HAWAII PUBLIC S.**
**CCA**                                                                                 **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the 12th day of June, 2006.

                                                                   /s/ Glen H. Davidson
                                                                   CHIEF JUDGE